## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  18-537** |
| | : | |
| **MICHAEL HOGAN** | : | |

## ORDER

**AND NOW**, this 28th day of May 2026, for good cause consistent with this Court's August 22, 2023 Standing Order for Procedures for Handling Surrendered Passports, it is **ORDERED**:

1.      We grant Defendant leave to file a Motion requesting the surrendered passport be return to him or his counsel by no later than **August 26, 2026;** and,

2.      Absent the timely filing of a Motion in compliance with this Order or notification the passport is required for evidentiary purposes for another proceeding, the Clerk of Court shall forward the surrendered passport to the U.S. Department of State.

_____
**KEARNEY, J.**